1  BENJAMIN H. MAINZER (CABN 257748)         STEPHANIE M. HINDS (CABN 154284)
   Reiner, Slaughter, Mainzer & Frankel, LLP  United States Attorney
2  804 3rd Street                             MICHELLE LO (NYRN 4325163)
   Eureka, CA 9550                            Chief, Civil Division
3  Tel: (707) 445-7917                        MICHAEL A. KEOUGH (CABN 327037)
   Fax: (707) 443-0442                        Assistant United States Attorney
4  Email: bmainzer@reinerslaughter.com
                                              450 Golden Gate Avenue, Box 36055
5  Attorney for Plaintiff                     San Francisco, California 94102-3495
                                              Telephone: (415) 436-7200
6                                             FAX: (415) 436-7234
                                              michael,keough@usdoj.gov
7
                                              Attorneys for Defendant
8

9                      UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  DARBY MINTEY                               CASE NO. 1:21-cv-00086-RMI

13        Plaintiff,
                                               **JOINT STIPULATION TO MODIFY**
14     v.                                      **SCHEDULE, AND [~~PROPOSED~~]**
                                               **ORDER**
15  UNITED STATES OF AMERICA,
                                               CMC Date: April 19, 2022
16        Defendant.                           Time: 2:00 pm
                                               Place: by telephonic means
17                                             Judge: Hon. Robert M. Illman

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO MODIFY SCHEDULE
1:21-CV-00086-RMI

1    Pursuant to Civil Local Rules 6-2(a) and 7-12, and subject to the Court's approval, the

2  Parties herein jointly stipulate to modify the case schedule as detailed below.  This is the fifth

3  request to modify the schedule in this case, and the requested modifications will not impact any

4  other dates set by the Court.  *See* Dkt. Nos. 16, 22, 31, 33.  This modification is requested

5  accommodate an upcoming trial for plaintiff's counsel, scheduled to begin in February 2022 and

6  last for approximately two months.

| Event | Dkt. No. 33 | New Proposed Deadline |
|---|---|---|
| Trial Date (4-6 court days) | Jury trial date to be set (Oct. 2022) | Jury trial date to be set (Feb. 2023) |
| Pretrial Conference | Tuesday, September 13, 2022 | Tuesday, January 3, 2023 |
| Last Hearing Date for Dispositive Motions (must be a Tuesday at 11:00 am) | Tuesday, July 26, 2022 | Tuesday, November 29, 2022 |
| Last Day to file Dispositive Motions (at least -35 days from hearing date) | Thursday, June 16, 2022 | Friday, October 14, 2022 |
| Expert Discovery Cutoff | Thursday, May 12, 2022 | Thursday, September 15, 2022 |
| Settlement Conference | April 11, 2022 per Dkt. No. 30 | August 15, 2022, or as soon thereafter as Magistrate Judge Ryu's schedule permits |
| Expert Rebuttal Deadline | Thursday, March 24, 2022 | Friday, July 15, 2022 |
| Expert Disclosure Deadline | Thursday, February 24, 2022 | Wednesday, June 15, 2022 |
| Close of Fact Discovery (i.e. Non-Expert Discovery) | Friday, January 14, 2022 | *Unchanged* |

JOINT STIPULATION TO MODIFY SCHEDULE
1:21-CV-00086-RMI                                           1

1  DATED: January 11, 2022

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted

STEPHANIE M. HINDS

United States Attorney

By:   */s/ Michael A. Keough*
MICHAEL A. KEOUGH
Assistant United States Attorney

*Attorneys for the United States of America*

/s/ *Benjamin H. Mainzer* [1]
BENJAMIN H. MAINZER

*Attorney for Plaintiff*

---

[1] * *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

JOINT STIPULATION TO MODIFY SCHEDULE
1:21-CV-00086-RMI                                2

1

2

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

4

| | |
|---|---|
| DARBY MINTEY | CASE NO. 1:21-cv-00086-RMI |
| Plaintiff, | **JOINT STIPULATION TO MODIFY SCHEDULE, AND [~~PROPOSED~~] ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | CMC Date: April 19, 2022<br>Time: 2:00 pm |
| Defendant. | Place: by telephonic or video conference means<br>Judge: Hon. Robert M. Illman |

5

6

7

8

9

10

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The case schedule is

11

modified as follows:

12

13

14

| Event | Deadline |
|---|---|
| Trial Date (4-6 court days) | Jury trial date to be set (Feb. 2023) 10 |
| Pretrial Conference | Tuesday, January ~~3~~, 2023 |
| Last Hearing Date for Dispositive Motions (must be a Tuesday at 11:00 am) | Tuesday, November 29, 2022 |
| Last Day to file Dispositive Motions (at least -35 days from hearing date) | Friday, October 14, 2022 |
| Expert Discovery Cutoff | Thursday, September 15, 2022 |
| Settlement Conference | August 15, 2022, or as soon thereafter as Magistrate Judge Ryu's schedule permits |
| Expert Rebuttal Deadline | Friday, July 15, 2022 |
| Expert Disclosure Deadline | Wednesday, June 15, 2022 |
| Close of Fact Discovery (i.e. Non-Expert Discovery) | *Unchanged* |

15

16

17

18

19

20

21

22

23

24

25

DATE:   January 12, 2022

26

_____

The Honorable Robert M. Illman
United States Magistrate Judge

27

28